UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

OCT 1 7 2000

|  |  |
|---|---|
| DNA VISUAL BUSINESS SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| SIGNATURES SNI, INC.; BRITNEY BRANDS, INC; and BRITNEY SPEARS, | ) |
| Defendants. | ) |

Case No.

**00C 6403**

JUDGE PALLMEYER

MAGISTRATE JUDGE DENLOW

FILED-E04
00 OCT 16 PM 1:19
U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, DNA Visual Business Solutions, Inc., by its attorneys, complains against defendants, Signatures SNI, Inc., Britney Brands, Inc. and Britney Spears, as follows:

## PARTIES, JURISDICTION AND VENUE

1.    Plaintiff, DNA Visual Business Solutions, Inc. ("DNA") is an Illinois corporation having its principal place of business at 212 West Superior, Suite 400, Chicago, Illinois. DNA is engaged in the business of web site design and development, as well as providing other interactive media services.

2.    Defendant, Signatures SNI, Inc. ("SNI") is a Delaware corporation having its principal place of business at Two Bryant Street, San Francisco, California 94105 and doing business under the name "Signatures Network." Upon information and belief, SNI is engaged in the business of marketing and licensing of celebrity merchandise.

3.    Defendant, Britney Brands, Inc. ("Britney Brands") is a Louisiana corporation having its principal place of business at 14550 Greenwell Church Road, Kentwood, Louisiana. Upon information and belief, Britney Brands in engaged in merchandising and promotion for pop music performer Britney Spears and is owned and controlled by Ms. Spears and her family.

4.    Defendant, Britney Spears ("Spears") is, upon information and belief, a citizen of the State of Louisiana residing at 14550 Greenwell Church Road, Kentwood, Louisiana.

5.    Jurisdiction over this action is based upon 28 U.S.C. § 1332, in that complete diversity of citizenship exists among the parties and the amount in controversy exceeds $75,000.00.

6.    Venue is proper in this judicial district under 28 U.S.C. § 1391 in that a substantial portion of the events giving rise to this action occurred in this district.

## COMMON ALLEGATIONS

7.    On or about March 30, 2000, DNA submitted to SNI a proposal for DNA to redesign the official Britney Spears web site, www.britneyspears.com. Upon information and belief, defendants, Britney Brands and Britney Spears, had contracted with SNI to create a redesigned web site, subject to their approval of all content on the site.

8.    On or about April 5, 2000, SNI requested that the budget for DNA's proposal be reduced to approximately $150,000. On April 12, 2000, DNA submitted to SNI a document entitled "Feature Recommendations for Britney Spears Web Site" that described the features that could be included within a $150,000 budget. On April 18, 2000, DNA submitted to SNI a Functional Specification for the web site. Copies of these documents are attached hereto as Exhibits A and B, respectively.

2

9.      SNI approved both the Feature Recommendations and the Functional Specification and directed DNA to commence work on the project.

10.     Due to a scheduled appearance by Ms. Spears on the MTV cable television channel on May 15, 2000 to promote the www.britneyspears.com web site, SNI told DNA that it was imperative that the site be launched by May 14. Due to these time constraints, SNI requested that DNA proceed without a written development contract. DNA agreed to this timetable and to forego a written contract for the project.

11.     DNA worked diligently to complete the web site within the tight deadline that SNI demanded. Throughout April and the first half of May, SNI continued to emphasize to DNA the importance of completing the site by May 14 and to encourage DNA to take whatever measures necessary to meet that deadline. For instance, on May 4, 2000, an executive of SNI wrote to DNA:

> "Britney's management is being completely negligent and careless regarding their role in the approvals process. F___ em! Let's move full steam ahead. I will be the fall guy. . . "

(A copy of this E-mail is attached hereto as Exhibit C.)

12.     Despite difficulties in obtaining the necessary content for the site and technical problems with the development environment provided by SNI, DNA delivered to SNI an operational site by May 14. DNA continued to work on the web site after May 14 to create certain enhancements and features that could not be completed within the original deadline, and other features that were outside the scope of DNA's original proposal. SNI agreed to pay DNA for this additional work on an hourly basis.

13.     Additionally, on or about April 19, 2000, SNI requested DNA to diagnose the source of a problem with a web site that SNI had developed for the rock band "KISS" in which subscribers

3

of the Internet service provider America Online could not access the registration for the site. DNA agreed to bill on an hourly basis at the rate of $150 per hour until the source of the problem could be diagnosed and to then provide a budget for resolving the problem.

14.    DNA expended approximately 151 billable hours in diagnosing and remedying the problem in the KISS web site and delivered to SNI a written estimate for solving the problem on June 13, 2000. On June 20, 2000, SNI requested that DNA cease work on the KISS project. DNA complied immediately with this request.

15.    Between April and June, 2000, DNA sent to SNI nine (9) invoices representing installment payments of the $150,000 due for the design and development of the www.britneyspears. com web site. On July 21, 2000, DNA sent two additional invoices to SNI, one in the amount of $22,650 for work performed on the KISS web site and one in the amount of $25,250 for additional work performed on the www.britneyspears.com web site outside of the scope of DNA's original proposal. Payment of each of these invoices was due upon receipt.

16.    SNI has failed and refused to pay the last five installments of the $150,000 website development fee, totaling $78,000, or either of the invoices that DNA issued on July 21, 2000, totaling $47,900.

## COUNT I: BREACH OF CONTRACT (Against SNI)

17.    DNA realleges and restates Paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18.    Pursuant to the terms of its agreement, SNI was required to pay DNA the amount of $150,000 for design and development of the www.britneyspears.com web site. SNI additionally

4

agreed to pay DNA on an hourly basis for work performed on the web site outside the scope of DNA's original proposal and for work performed to diagnose and repair SNI's KISS website.

19. DNA delivered an operational www.britneyspears.com web site within the short time frame that SNI demanded and has otherwise faithfully performed all of its duties under the agreements between the parties.

20. SNI's failure and refusal to pay the aforementioned invoices issued by DNA constitutes a breach of its agreements with DNA.

21. As a direct and proximate result of SNI's breach of contract, DNA has been damaged in the amount of $125,900, plus applicable interest and costs of recovery.

22. In light of SNI's vexatious and unreasonable delay in payment of monies owed, DNA is entitled to pre-judgment interest at a rate of five percent (5%) per annum pursuant to 815 ILCS 205/2.

**WHEREFORE**, Plaintiff DNA Visual Business Solutions, Inc., respectfully requests that this Court enter judgment in its favor and against defendant, Signatures SNI, Inc.:

a. awarding DNA the amount of $125,900;

b. awarding DNA interest at the statutory rate of five percent (5%) per annum from the date of receipt of each unpaid invoice;

c. awarding DNA an amount equal to the costs and expenses incurred herein and further relief as this Court may deem just and proper.

## COUNT II: QUANTUM MERUIT (Against All Defendants)

23. DNA realleges and restates Paragraphs 1 through 16 of this Complaint as if fully set forth herein.

24. Between April, 2000 and July, 2000, DNA performed valuable web site design and development services for the www.britneyspears.com web site and SNI's KISS web site.

25. SNI has benefitted from the work performed by DNA, in that it has been able to fulfill its own contractual obligations and provide valuable services to its clients, including defendants Britney Brands and Spears. Furthermore, upon information and belief, SNI has either sold the www.britneyspears.com web site or is negotiating the sale of that web site to a third party for valuable consideration.

26. Defendant Britney Brands has benefitted from the work performed by DNA on the www.britneyspears.com web site in that, among other things, it has furthered its goals of promoting Defendant Spears' albums, concerts, merchandise and general image and popularity and has sold Britney Spears merchandise through the web site from which, upon information and belief, it has received royalties or licensing fees.

27. Defendant Spears has benefitted from the work performed by DNA on the www.britneyspears.com web site in that she has used the web site to enhance her image and popularity, to promote her albums, concerts and merchandise, to publicize tour dates and media appearances and to sell merchandise, from which, upon information and belief, Defendant Spears has received royalties or licensing fees.

28. Each of the defendants has thereby voluntarily accepted the benefits of DNA's work in redesigning the www.britneyspears.com web site. Further, Defendant SNI has voluntarily accepted the benefits of DNA's work on the KISS web site.

29. To the extent that DNA has not been compensated for its work, it would be inconsistent with principles of equity and good conscience for Defendants to retain these benefits.

Thus, DNA is entitled to receive from Defendants the reasonable value of the services it provided for their benefit that have not been paid for.

30.    With respect to the www.britneyspears.com web site, the reasonable value of the uncompensated services provided by DNA is $103,250.

31.    With respect to the KISS web site, the reasonable value of the uncompensated services provided by DNA is $22,650.

**WHEREFORE**, Plaintiff DNA Visual Business Solutions, Inc., respectfully requests that this Court enter the following relief on Count II of the Complaint:

a.    enter judgment in its favor and against defendant, Signatures SNI, Inc. in the amount of $125,900;

b.    enter judgment in its favor and against defendants, Britney Brands, Inc. and Britney Spears in the amount of $103,250;

c.    award DNA interest at the statutory rate of five percent (5%) per annum from the date of receipt of each unpaid invoice;

d.    award DNA an amount equal to the costs and expenses incurred herein and further relief as this Court may deem just and proper.

DNA VISUAL BUSINESS SOLUTIONS, INC.

By:    _Joel H. Spitz_

One of Its Attorneys

Joel H. Spitz
Michael R. Phillips
ROSS & HARDIES
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601-7567
(312) 558-1000

7

# EXHIBIT A

# Feature Recommendations for Britney Spears Web Site

We have completed our competitive analysis and benchmarking research and have created the following recommendations regarding features and functionality for britneyspears.com. The items we have listed will add to the user experience and will be done within the approved deadline. This is not a functional specification of the site, merely an outline of features we could deliver.

We have broken down the delivery of content into two phases. Phase 1 has an expected delivery date of May 15. Phase 2 has a delivery date of August 15.

We'd like to schedule a call to share our research results and discuss these recommendations. Please review this list and let us know when you might be available to schedule the call. We are looking to finalize the requirements for the site as soon as possible so we can best focus our development efforts.

## Phase 1

### Gallery
A gallery of images of Britney. These images can be from on the road, at home or publicity stills.

### Postcards
This feature will allow users to create custom Britney postcards to send to email recipients of their choosing.

### Email Capture
There will be frequent, prominent solicitations to encourage fans to join Britney's mailing list in exchange for announcements, information, promotional offers, contests, etc.

### Poll/Quiz
A daily or weekly quiz will test visitor's Britney knowledge. A polling feature will ask visitors opinions on various topics.

### Tour Info
An area of the site that focuses on the tour. This area can become the starting point for fans seeking tour dates, tour photos, directions to the venue, concert merchandise online (why wait in line at the concert) and links to other information that would bring Britney fans closer to the tour.



### Contest

We will launch the site with a tour-related contest. The prizes should include tour merchandise, tickets/backstage passes, etc.

### Audio and Video Links

These links will leverage existing audio and video assets that may exist on other sites or within the current Britney sites. For example, we would expect to be able to deliver MP3 audio from Britney's new album (at least short cuts).

### iChat

The Phase 1 launch will include the implementation of i-Chat into the site. Specific features are still being considered.

### Automated Submissions Process

An area that will allow fans to contribute content to the site. We envision creating a simple publishing tool that will facilitate the submission of text and photos. The submissions will route to the site managing editor for review before posting. In addition to making it easy for fans to contribute content, this tool will make it easier for Lynne and Felicia to contribute content as well. (We may well create two separate areas of the site to handle this function (one for fans, one for "insiders").

### A Mom's Eye View

Content submitted by Britney's mom.

### Fan Submissions

A specific area that showcases the content submitted by the fans (e.g. photos, art, concert reviews, etc.)

### Biography

A home for background and bio information on Britney

### FAQ

The place where the most frequently asked questions will reside.

### News

Current and archived news about Britney's world.

### Flash Intro

We propose an attention-getting, highly branded intro for fans coming to the site. It will be tour focused.

### Shopping

A new, Britney-branded skin for the new Signatures Superstars mall.

### Charity

A section developed to promote Britney's charity foundation.

### Letters from Britney

An area that may contain some letters to the fan site from Britney

### Audio Clips from Britney

A quick clip from Britney welcoming visitors to the site. We might also include other audio "surprises" throughout the site (depending on her availability to record – perhaps with Felicia's help).

### Message Board/Questions to Britney

Allowing fans to ask Britney a question.

## Phase 2

### *Members Only*

We'd like to introduce a Members Only section to the site that enables a more targeted marketing strategy. Some of these features could include:

### The Personalized Britney Home Page

Members customize their home page with their preferred news, site features and merchandise. Banner ads could be served according to fan profiles and preferences.

### Postcards Plus

Using Shockwave, users will be able to assemble art for postcards to send to friends and family. Select outfits, poses and greetings from Britney. Even song bits that cleverly give a theme to a postcard message (e.g. "Oops, there I go again" could be the theme of a postcard from a fan to a friend about the new love in their life.)

### WishList

Set up a gift registry for members to "shop" for the Britney merchandise they would like, email to friends, relatives and generous benefactors. As Amazon has done, offer the opportunity to win your wish list…perhaps Britney can deliver it?

### Video Messages from Britney

On the road, at home, shopping, etc., change out once a week. Use footage shot by Felicia? Mom?

### Become Britney's "Label"

1) Mix Britney's songs online, even email them to friends
2) Select songs and customized CD art for purchase

### Enhanced Gallery

Introduce enhanced functionality to the gallery section including searches, thumbnail/light table, etc.

### Britney's Pen Pals

A place for like-minded Britney fans to find new friends. Pen pals would answer ten questions that would match them with their pal. Could be run through established international pen pal organization.

### Freebies

Britney Wallpaper
Skins for Winamp
Desktop Icons

### Icons A-Go-Go

Fans send digital Britney icons from web site to cell phones. These icon then may be sent to the user's own email address. This is all the rage in Europe and Japan where wireless phones technology is a bit more advanced.

# EXHIBIT  B

# Britney Spears website

Functional Specification
April 18, 2000

Submitted by:



DNA Visual Business Solutions



EXHIBIT

_B_

# TABLE OF CONTENTS

**BRITNEY SPEARS WEB SITE "WWW.BRITNEYSPEARS.COM"**                          3

**Section 1: Site Requirements and Specifications**                          3
    Assumptions                                          3
    Objectives                                            3
    Online Geometry                                       3
    Content Requirements                                  3
    Roles and Responsibilities                            4

**Section 2: Functionality Requirements**                                    5
    Introduction and Home Page                            5
    Registration                                          5
    Gallery                                               6
    Poll/Quiz                                             6
    Tour Information                                       7
    iChat                                                 7
    Postcards                                             7
    User Submissions                                      7
    Bio                                                   7
    FAQ                                                   8
    News                                                  8
    Pen Pal                                               8

**Section 3: Outstanding Issues**                                            9



## Britney Spears web site "www.britneyspears.com"

### Section 1: Site Requirements and Specifications

#### Assumptions

The Britney Spears web site will be a re-launch of the current site now available at www.britneyspears.com. Work to be considered in this document will be completed by the end date of 15 May 2000.

#### Objectives

The overall objectives of this site redesign are as follows:

- Increase fan involvement
- Increase sales from Britney store
- Position www.britneyspears.com as "the" official Britney web site. This keeps in mind that there is some level of cross over from the www.britney.com site.

#### Online Geometry

- Target Audience: Generation Y (11 to 23 year old, males and females)
- Message for all: The site is the only place you will find unique Britney materials. If you want to keep up with what is happening with Britney this is the place
- Design Parameters
  - ➢ compatible with Netscape 4.x, IE 4.x and AOL 4.x
  - ➢ minimum screen size: 800x600
  - ➢ connection speed: 56k
  - ➢ Server side: UNIX, Netscape Enterprise Server
- Static web architecture

#### Content Requirements

#### What to include

> All content currently on Britney site (reformatted as needed)
>
> New video/audio clips
>
> New content as created by writer

- All additional items to maintain new Britney look



### *Repurposing Existing Content*

- All existing media files will need to be formatted into new standards if different from current state
- Audio clips from new CD (quick turn-around is imperative)

### *Creating New Content*

- Add functionality that will enable users to add their own content
- Video clips from Flecia (quick turn-around is imperative)
- Video and audio compression will be optimized to the expected connection speed.
- If new content items cannot be obtained by launch date the section will be eliminated. This will insure the "under construction" banner is not on the site.

### Roles and Responsibilities

- DNA will be responsible for developing web pages and content as outlined in the Functionality Requirements. DNA will create all server side scripting and programming as directed by Signatures Network OR as needed to implement client side functionality
- Signatures Network will be responsible for delivery of all client materials, approval of progress, maintaining the server and all necessary marketing messages.



## Section 2: Functionality Requirements

Included in this section are the functions as DNA has determined them for this site. The section outlines what the site will do, not how it will be done.

### Introduction and Home Page

When the fan enters www.britneyspears.com into the address field of their browser they will be presented with the site introduction. This introduction will set the tone and mood for the site. It will be the "wow" that fans expect from Britney.

The home page will contain links to various sections of the site. The links that are included, but are not limited to:

> Gallery
>
> Fun Stuff
>
> Tour Info
>
> Mom's Eye View
>
> Bio
>
> FAQ
>
> News
>
> Sign Up/Log-in

If the user selects the SignUp/Log-In link they will be brought to the screens outlined in the Registration part of this document. After a successful registration they will be returned to the home page.

The home page will also contain banner advertisements and the Poll/Quiz section of the site. The Poll/Quiz section is also outlined later in this document.

### Registration

When the user selects a member's only area or the SignUp button, they will be presented with the Login/SignUp screen. This screen will be composed of several fields. These fields will be:

- First name
- Last name
- Password
- Email address
- Birth date (including month, day and year).

*User name in KISS*

If the user has logged on in the past and they have a password, they would simply enter their email address and password on this screen and press the log-in/register button. If they are not a member of the site they will be taken to a confirmation screen after entering their information.

The userID for the site will be the user's email address.

This screen will also contain a link to Signature Networks Britney Spears privacy policy.

Once the user has logged in they will not have to log-in to the site continually for that session. If they were to return to the site later they would have to log-in again.



April 18, 2000                                                                 page 5

## COPPA compliance

In order to make the site compliant with the Children's Online Privacy Protection Act (COPPA) the system will be designed to obtain "verifiable parental consent."

When the user submits the information in the above-mentioned fields the system will check the birth date "year" field. If the system calculates that the user has indicated that they are 13 years of age or younger, a Parental Consent Verification screen will be displayed. This screen will explain why they are being asked for further information. The screen will also contain the following fields:

- First name
- Last name
- Email address
- Parent's email address
- Parent's email address (for verification)

The data in the first 3 fields will be carried over from the previous screen, the user will need only to enter the parent's email address twice. The system will then verify that the email addresses in the two parent fields match and that the email address field does NOT match the parent's email address field

If the information has been entered correctly, then the system generates an email message to the parental address. The email message will contain the userid and password as well as the privacy policy information from the site. The user will then log-in to the site with the userid and password supplied in the parental email.

It is recommended that Signatures Network familiarize themselves with the types of information that can be gathered and how that information can be used according to COPPA.

## Gallery

The Gallery page/section will contain an area that holds thumbnail images of the images on the site. The Gallery will contain links to video, audio and still images. The user will be able to select various categories of materials (to be determined by content delivered by Signatures network). When the user changes their selection of categories the thumbnail images will change.

When the user selects a thumbnail image a larger image/video clip will appear. If the images are "member's only" and the user has not logged in, they will be presented with the user login in screen outlined in the Registration section of this document. Once the user has logged in they will be brought back to the image they were requesting.

## Poll/Quiz

The first page of the site will contain a poll or quiz. This item will be a multiple-choice question of some light-hearted value to the users of the site. A proposed question for the initial site launch is "What is your favorite track from the new CD?"

The question will be presented with all of the answers available. The user will be only able to choose one answer. Once the user makes a selection and clicks the Submit button, the answer is added to the current result pool. The system then returns the user's answer combined with the current result pool in a graphical representation on the home page where the question was initially asked.

The page that contains the question will continue to show the graphical representation of the results every time the user enters the page. The only time the user will be permitted to participate in the survey again is when the question changes.



## Tour Information

The Tour Information area will contain a map indicating the stops along Britney's tour. When the user rolls-over a spot on the map, they will be given the date and time of the scheduled event. When the user clicks on the event location they will be either brought to more information on the venue or to a holding area for journal entries, audio, video or photos from that tour stop. If there are no materials for that tour date available a standard "Great Concert" page will appear.

When the users are presented with venue information it would be possible to have links to ticket purchasing companies. However, this may force fans away from the site. It needs to be determined whether facilitating ticket purchases will increase traffic to the site or decrease visits to the site. The time frame may be too short to determine this statistically so a decision will need to be made by Signatures on this.

## iChat

Chat will be made available through a link on the site pages. This function will be driven by the use of iChat. DNA will create a link to this tool. DNA will not be able to change iChat's appearance. It is recommended that Signatures develop policies and regulations surrounding the use of chat on www.britneyspears.com. These regulations and policies will be displayed on the opening page of the Chat area.

## Postcards

The postcard function is available only to Members. The user will be able to access it by clicking on its' link. If the user is not logged in, they will be brought to the screens outlined in the Registration portion of this document.

The postcard function will allow users to send customized Britney postcards to the recipient of their choice. The postcard interface can be custom-tailored to match the look and feel of the site. The user will choose from a variety of images and sound files supplied by Signatures. The fan can add their own sayings to the cards and address them to multiple addresses if so desired.

DNA recommends that Britney create several custom greetings like "Happy Birthday" for the postcards. It would be advisable to stay away from items that could be taken out of context.

## User Submissions

The User Submission page will allow fans to contribute their own content to the site. The User Submission page is a Members function. If the user has not logged in to the site prior to choosing this function, they will be taken to the registration/log-in screen as outlined in the Registration portion of this document. This content will be displayed in the "Fans" section.

This screen will be composed of the following fields:

Title

Email address

Description or comments

The user will be able to add items by simply clicking on a Submit button. This button will allow the fan to locate the content they wish to submit. The user does not have to attach documents; their contribution to the site can be contained solely in the body of the Description field.

When the user presses the Submit button, the information will be distributed to an approver within the Signatures organization. This approver will then process the information received.

## Bio

The bio page will contain a short biography of Britney, this bio will contain photos and video clips of Britney. The content contained within this section already exists on the current site. It will be



April 18, 2000

necessary for DNA to work with Signatures to determine where more video/audio content would be needed.

## FAQ

The FAQ section will contain the same data currently in place on the site. The user will be presented with a list of FAQs, when the fan clicks on an FAQ the page jumps to the corresponding response.

## News

News headlines will appear on the opening page. The user selects a headline and the corresponding story appears. Content for this section is needed.

## Pen Pal

At this stage DNA is unable to locate a suitable vendor for this application. As the project progress it is anticipated that an appropriate partner will be located.



### Section 3: Outstanding Issues

The following items that are mentioned in the sections above and are still needed:

Images for gallery

A "Happy Birthday" greeting from Britney

Privacy statement

Tour info dates/venues/times

Video clips for bio

Audio tracks from new CD

Policy for chat

Policy on submission

Any additions to the FAQ pages

Greetings from Britney for site (may already have at Signatures)

News articles and links



# EXHIBIT C

**Mailbox:**
*Main*
**Message:**
*54 of 129*

From: "Tim Armitage" <u>&lt;tarmitage@signaturesnet.com&gt;</u> 

To: Tom Napper <u>&lt;tomn@dnavbs.com&gt;</u>
cc: "Michael Brandvold" <u>&lt;mbrandvold@signaturesnet.com&gt;</u>
Date: Thu, 4 May 2000 17:41:10 -0700
Subject: Re: Logos, access and promotions

Britney's management is being completely negligent and careless regarding their role in the approvals process. Fuck em!

Let's move full steam ahead. I will be the fall guy.

I like the new logo but thought it was much cleaner with out the background above the nav bar.

The new picture is great. I would show Brit's signature navel!

I think we should have text link navigation at top and bottom of page. Agree? Challenge?

Don't forget to pump up Britney Spears Foundation in a big way. Don't worry about creating a logo or mark. Just use a creative text treatment. Placement is the key. solve here.

I'll make a decision tomorrow about a promo.

Thanks Tom!

Tim

From: Tom Napper <u>&lt;tomn@dnavbs.com&gt;</u> on 05/04/2000 10:25 AM

To: Michael Brandvold/SF/SSI@SSI, Tim Armitage/SF/SSI@SSI, Dave Wallinga

<u>&lt;davew@dnavbs.com&gt;</u>
cc:
Subject: Logos, access and promotions

Tim and Mike

We have worked up a new logo that we think "pops" pretty well.



http://dev.dnavbs.com/britneyspears/content/creative/creative_rev2.html

Let me know what you think.

How many of the new changes will we need to be approved by Britney's management team (thus slowing down the process)? I'm trying to gauge what we should be accomplishing first. Those items that need to have management's approval on we will need to do first. I think that all of the changes, except for the Tour page, that we went through yesterday are do-able for the 14th. I'm waiting for feedback on solutions from the team here before I include the re-worked Tour page in the 14th.

On Friday morning I'll be able to give you an idea of what can be accomplished for the 14th on the Tour page. I'll also be able to outline the possible solutions. Stay tuned.

Access
We are currently faced with another important issue, access to your servers. It is very important for us to be able to upload and test our pages on your platforms. At this moment we do not have the ability to do so. The sooner you can grant us access, the better. I would like to have the access issue resolved today or tomorrow. I understand that this access issue is also impacting the KISS development as well. Let me know what we are going to do here.

Promotions
Tim. We need to decide on the promo fairly quickly. If you are going to choose a promotion that requires a sign-up then we need some time to build it. I would like us to close this open issue by tomorrow if possible.

Thanks. If you have any questions please feel free to give me a call.

Tom Napper
DNA Visual Business Solutions
212 W. Superior, Suite 400
Chicago IL 60610
312/654-8383 x24
312/654-8388 (fax)
www.dnavbs.com

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

DNA Visual Business Solutions, Inc.

## DEFENDANTS

Signatures SNI, Inc.; Britney Brands, Inc.; and Britney Spears

**00C 6403**

JUDGE PALLMEYER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

MAGISTRATE JUDGE DENLOW

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ross & Hardies, 150 N. Michigan Ave.,
Chicago, Illinois 60601; 312/558-1000

ATTORNEYS (IF KNOWN)

DOCKETED

OCT 17 2000

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Diversity action for breach of contract and quantum meruit brought pursuant to 28 USC § 1332 between citizens of different states

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Restrained or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 125,900

Check Yes only if demanded in complaint:
**JURY DEMAND** ☐ YES ☐ NO

## VIII. REMARKS
General Rule 2.21D(2)

In response to ☒ is not a refiling of a previously dismissed action
this case ☐ is a refiling of case number _____ of Judge _____

DATE 10/16/00

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

**OCT 1 7 2000**

In the Matter of

DNA Visual Business Solutions, Inc.

v.

Signatures, SNI, Inc., et al.

Case Number:

**00C 6403**

**JUDGE PALLMEYER**

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

DNA Visual Business Solutions, Inc.

MAGISTRATE JUDGE DENLOW

| (A) | (B) |
|---|---|
| SIGNATURE *Joel H. Spitz* | SIGNATURE *Michael R Phillips* |
| NAME Joel H. Spitz | NAME Michael R. Phillips |
| FIRM Ross & Hardies | FIRM Ross & Hardies |
| STREET ADDRESS 150 North Michigan Avenue | STREET ADDRESS 150 North Michigan Avenue |
| CITY/STATE/ZIP Chicago, Illinois 60601-7567 | CITY/STATE/ZIP Chicago, Illinois 60601-7567 |
| TELEPHONE NUMBER 312/558-1000 | TELEPHONE NUMBER 312/558-1000 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06204522 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06225845 |
| MEMBER OF TRIAL BAR? YES ☐ NO ■ | MEMBER OF TRIAL BAR? YES ☐ NO ■ |
| TRIAL ATTORNEY? YES ■ NO ☐ | TRIAL ATTORNEY? YES ■ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**