Minute Order Form (06/97)

JS-6

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 6403 | DATE | 3/13/2001 |
| CASE TITLE | DNA Visual Business Solutions, Inc. vs. Signatures SNI, Inc., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The above cause is dismissed with prejudice. The parties shall bear their own costs and fees incurred in connection with such action. Status hearing set for 3/14/01 stricken. Defendant's motion to dismiss (5-1) withdrawn.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | 2 number of notices |
| ✓ | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | MAR 1 4 2001 date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | IS docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| ETV | courtroom deputy's initials | 3/13/2001 date mailed notice |
| | Date/time received in central Clerk's Office | ETV6 mailing deputy initials |

Document Number: 18